UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

    v.

SOUTHWESTERN MEDICAL
SOLUTIONS, INC., JOHN R. HEDGES,
RICHARD R. POWELL, AND
BASIL J. MEECHAM,

            Defendants.
_____/

Case No. 8:08-cv-731-T-26TBM

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>CIVIL PENALTY CLAIM AGAINST DEFENDANT RICHARD R. POWELL</u>**

Plaintiff Securities and Exchange Commission hereby dismisses its claim for the imposition of a civil penalty against Defendant Richard R. Powell.

Respectfully submitted,

December 9, 2009      By:    s/ Brian K. Barry
                                             Brian K. Barry
                                             Senior Trial Counsel
                                             Florida Bar No. 0632287
                                             Direct Dial: (305) 982-6382
                                             E-mail: barryb@sec.gov

                                             Attorney for Plaintiff
                                             **Securities and Exchange Commission**
                                             801 Brickell Avenue, Suite 1800
                                             Miami, Florida 33131
                                             Telephone: (305) 982-6300
                                             Facsimile: (305) 536-4154

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF and that on the same date I mailed the foregoing document and the notice of electronic filing by Federal Express to the following non-CM/ECF participant:

Jeffrey Tew, Esq.
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
*Counsel for Defendants*

                                      s/ Brian K. Barry
                                      Brian K. Barry, Esq.