UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____

**SECURITIES AND EXCHANGE
COMMISSION,**

       **Plaintiff,**

       **v.**

       Case No. 8:08-cv-731-T-26TBM

**SOUTHWESTERN MEDICAL
SOLUTIONS, INC., JOHN R. HEDGES,
RICHARD R. POWELL, AND
BASIL J. MEECHAM,**

       **Defendants.**
_____/

**FINAL JUDGMENT IMPOSING CIVIL PENALTY
AGAINST DEFENDANT BASIL J. MEECHAM**

**THIS MATTER** is before the Court on Plaintiff Securities and Exchange Commission's Motion and Memorandum of Law to Set Civil Penalty Amounts against Defendants John R. Hedges and Basil J. Meecham [19].  The Court has fully considered the motion, the record herein and being fully advised in the premises; accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Commission's motion to set a civil penalty as to Defendant Basil J. Meecham is **GRANTED** and a Final Judgment is entered against Meecham as follows:

**I.  CIVIL MONEY PENALTY**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Section 21(d) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)], Meecham is hereby ordered to pay a civil penalty in the amount of $130,000.

## II.  PAYMENT INSTRUCTIONS

**IT IS FURTHER ORDERED AND ADJUDGED** that Meecham's payment of the civil penalty shall be due and payable within fourteen (14) days after the entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Meecham as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Meecham shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid to pursuant to this paragraph to the United States Treasury.

## III.  RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

## IV.  RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Meecham in order to implement and carry out the terms of all Orders and Decrees that may be entered or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

**DONE AND ORDERED** in Chambers at Tampa, Florida, on December 17, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
All counsel of record